| AO 10<br>Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Gorence, Patricia J. | 2. Court or Organization<br><br>Eastern District of Wisconsin | 3. Date of Report<br><br>01/18/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge-Full, Part-time as of July 1, 2013 | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse, Room 264<br>517 E. Wisconsin Avenue<br>Milwaukee, Wisconsin 53202 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Project Return |
| 2. | Board Member | Slovenian Arts Council-University of Wisconsin-Milwaukee |
| 3. | Outreach Committee, Chair | SS. Peter and Paul Parish - Milwaukee |
| 4. | Board Member | Wisconsin Equal Justice Taskforce |
| 5. | Member | Wisconsin Law Foundation |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorence, Patricia J. | 01/18/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorence, Patricia J. | 01/18/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorence, Patricia J. | 01/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Traditional IRA - #1 Morgan Stanley | | | | | | | | | |
| 2. --Morgan Stanley Bank Money Market Fund | A | Interest | J | T | Open | 01/01/17 | J | | |
| 3. --First Trmpl & Enrg Inc Fnd | A | Dividend | J | T | | | | | |
| 4. --First Trst Dyn Devel. Int Etf (FFDJ) | A | Dividend | J | T | | | | | |
| 5. --Blackrock Multi-Asset Inc. Inst | A | Dividend | J | T | | | | | |
| 6. --Blackrock Strategic Inc OPPI | A | Dividend | J | T | | | | | |
| 7. --First Eagle Global 1 | A | Dividend | J | T | Sold | 12/07/17 | J | A | |
| 8. --Guggenheim Floating RT Stpat1 | A | Dividend | J | T | | | | | |
| 9. --Guggenheim Limited Duration 1 | A | Dividend | J | T | | | | | |
| 10. Guggenheim Macro Opport 1 | A | Dividend | J | T | | | | | |
| 11. Invesco Equal WGHTD S&P 500 Y | A | Dividend | J | T | | | | | |
| 12. --JPMorgan US LG CP Core PLS 1 | A | Dividend | J | T | Sold | 12/07/17 | J | A | |
| 13. --Loomis Sayles Strategic, Inc | A | Dividend | J | T | | | | | |
| 14. --Metropolitan West Tot Ret Bd 1 | A | Dividend | J | T | | | | | |
| 15. --Oppenheimer Intl Growth Y | A | Dividend | J | T | Sold | 12/07/17 | J | A | |
| 16. --Oppenheimer Intl Smll-Mid Co Y | A | Dividend | J | T | | | | | |
| 17. Principal Midcap Instl | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorence, Patricia J. | 01/18/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Putnam Short Duration Income | A | Dividend | J | T | | | | | |
| 19. Virtus Vontobel Emrg Mkt Opp 1 | A | Dividend | J | T | | | | | |
| 20. Wells Fargo Spec Sm Cp Val 1 | A | Dividend | J | T | | | | | |
| 21. American EuroPacific Growth Fund | | | | | Sold | 1/25/17 | J | A | |
| 22. Townhouse, City Mijas, Province Malaga, Spain | | | N | W | | | | | |
| 23. | | | | | | | | | |
| 24. Morgan Stanley - Traditional IRA #2 Assets Acct. | | | | | | | | | |
| 25. --Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 26. --Stocks BK Montreal | A | Dividend | J | T | | | | | |
| 27. --Stocks Fidelity Natl Information | A | Dividend | K | T | | | | | |
| 28. --Mutual Funds American Global Balanced A | A | Dividend | J | T | | | | | |
| 29. | | | | | | | | | |
| 30. Morgan Stanley - Traditional IRA #3 Assets Acct. | | | | | | | | | |
| 31. --Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 32. --First Trmlp Enrg Inc Fnd | A | Dividend | J | T | Sold | 10/12/17 | J | A | |
| 33. --First Trst Dyn Devel Int Etf | A | Dividend | J | T | Sold | 10/12/17 | J | A | |
| 34. --Mutural Funds Baron Real Estate Inst | | | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorence, Patricia J. | 01/18/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐     NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Black Rock Multi- Asset Inc. Inst trategic Inc Oppi | A | Dividend | J | T | | | | | |
| 36. --Black Rock Strategic Inc Oppi | A | Dividend | J | T | | | | | |
| 37. --First Eagle Global 1 | A | Dividend | J | T | | | | | |
| 38. --Guggenheim Floating RTS Stratt | A | Dividend | J | T | | | | | |
| 39. --Guggenheim Limited Ddiration 1 | A | Dividend | J | T | | | | | |
| 40. --Guggenheim Macro Opport 1 | A | Dividend | J | T | | | | | |
| 41. --Invesco Equal Wghtd S&P 500 Y | A | Dividend | J | T | | | | | |
| 42. --JPMorgan US Lg Op Core Pls 1 | A | Dividend | J | T | | | | | |
| 43. --Loomis Sayles Strategic Inc Y | A | Dividend | J | T | | | | | |
| 44. --Metropolitan West Tot Ret Bd 1 | A | Dividend | J | T | | | | | |
| 45. --Oppenheimer Int'l Growth Y | A | Dividend | J | T | | | | | |
| 46. --Oppenheimer Int'l Small-Mid Co Y | A | Dividend | J | T | | | | | |
| 47. --Principal Md Cap Instl | A | Dividend | J | T | | | | | |
| 48. --Putnam Short Duration Income | A | Dividend | J | T | | | | | |
| 49. --Virtus Vonto Bel Emrg Mkt Oppi | A | Dividend | J | T | | | | | |
| 50. --Wells Fargo Spec Sm Op Val 1 | A | Dividend | J | T | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorence, Patricia J. | 01/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Tradition IRA #4 Morgan Stanley | | | | | | | | | |
| 53. --Morgan Stanley Bank Money Mkt Fund | A | Interest | | | Open | | | | |
| 54. --First Trmlp & Enrg Inc Fnd | A | Dividend | J | T | | | | | |
| 55. --Black Rock Multi-Asset Inc. Inst | A | Dividend | J | T | | | | | |
| 56. --Black Rock Strategic Inc. OPPI | A | Dividend | J | T | | | | | |
| 57. --First Eagle Global | A | Dividend | J | T | | | | | |
| 58. --Guggenheim Floating Rt Stpat 1 | A | Dividend | J | T | | | | | |
| 59. --Guggenheim Limited Duration 1 | A | Dividend | J | T | | | | | |
| 60. Americn EuroPacific Growth Fund | A | Dividend | | T | Sold | 1/25/17 | K | A | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorence, Patricia J. | 01/18/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Patricia J. Gorence**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544